IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 05-85 |
| | ) |
| ZINN MCFARLIN, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and April M. Byrd, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Zinn McFarlin.

COLM F. CONNOLLY
United States Attorney

By: _____
April M. Byrd
Assistant United States Attorney

Dated: 9-15-05

AND NOW, to wit, this ___ day of _____, 2005, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of Zinn McFarlin.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE