IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | :<br>:<br>: |
| v. | : Criminal Action No. 05- 85 |
| ZINN McFARLIN,<br>Defendant. | :<br>:<br>: |

**REDACTED**

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about February 23, 2004, in the State and District of Delaware, Zinn McFarlin, defendant herein, did knowingly distribute more than five (5) grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT II

On or about April 23, 2004, in the State and District of Delaware, Zinn McFarlin, defendant herein, did knowingly distribute more than five (5) grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT III

On or about May 4, 2004, in the State and District of Delaware, Zinn McFarlin, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a



FILED

SEP 15 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**TRUE BILL:**

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
April M. Byrd
Assistant United States Attorney

Dated: September 15, 2005