IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-85 |
| | ) | |
| ZINN MCFARLIN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and April M. Byrd, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Zinn McFarlin, as a result of the Indictment returned against him on September 15, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
April M. Byrd
Assistant United States Attorney

Dated: 9-15-05

AND NOW, this ___15___ day of __September__, 2005, upon the foregoing Motion, IT IS ORDERED that a warrant be issued for the arrest and apprehension of Zinn McFarlin.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED

SEP 15 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE