IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | |
| | ) | Crim. Action No. 05-85 |
| ZINN McFARLIN, | ) | |
| | ) | |
| Defendant. | ) | |

### SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney April Byrd and enter the appearance of Assistant United States Attorney David L. Hall as counsel of record for the government in the above-captioned case. Please be advised that Ms. Byrd no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney David L. Hall.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: October 20, 2005

