Filed in open court 10/31/05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **_FILED UNDER SEAL_** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. Action No. 05-85 |
| ZINN McFARLIN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, David L. Hall, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant Zinn McFarland has been arrested in Delaware.

                COLM F. CONNOLLY
                United States Attorney

              By: _____
                David L. Hall
                Assistant United States Attorney

Dated: October 31, 2005

  AND NOW, this __31__ day of __October__, 2005, upon the foregoing Motion, it is

  **ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

              _____
              Honorable Mary Pat Thynge
              United States Magistrate Judge

FILED

OCT 31 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE