Filed in open court 10/31/05 @

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Action No. 05- 85 |
| ZINN MCFARLIN | : |
| Defendant. | : |

### MOTION FOR DETENTION HEARING

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because the case involves (check all that apply):

   ___ Crime of violence (18 U.S.C. § 3156)

   ___ Maximum sentence life imprisonment or death

   _X_ 10+ year drug offense

   ___ Felony, with two prior convictions in above categories

   _X_ Serious risk defendant will flee

   ___ Serious risk obstruction of justice



FILED

OCT 31 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of __3__ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

    \_\_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    \_\_\_\_ (c) on probation or parole for an offense.

\_\_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

__X__ 3. The defendant may flee or pose a danger to any other person or the community.

    6. **Other Matters**.

        None.

DATED this __31ST__ day of __OCTOBER__, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney