AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

ZINN McFARLIN

**WARRANT FOR ARREST**

Case Number: CR 05-85-UNA

~~SEALED~~ UNSEALED 10/31/05 KJC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ZINN McFARLIN _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complain ☐ Order of court   Violation   Probation Violation Petition

charging him or her   (brief description of offense)

DISTRIBUTION OF MORE THAN 5 GRAMS OF COCAINE BASE ( COUNTS I THRU III )

in violation of _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and (b)(1)(B) _____

Peter T. Dalleo                                        Clerk, United States District Court
Name of Issuing Officer                                Title of Issuing Officer

BY [signature] Deputy Clerk            September 15, 2005 in Wilmington, DE
Signature of Issuing Officer                           Date and Location

Bail fixed at $ _____ by _____

                                                       Name of Judicial Officer

FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant  McFARLIN, ZINN R | | |
| DATE RECEIVED 10-31-05 <br> DATE OF ARREST 10-28-05 | NAME AND TITLE OF ARRESTING OFFICER <br> TFO Don Pope | SIGNATURE OF ARRESTING OFFICER <br> [signature] Dn R Pope |