UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
                                     )  CASE NO. CR 05-85 (SLR)
      vs.                            )
                                     )
      Zinn McFarlin                  )
                                     )
            Defendant.               )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on 11/3/05 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until December 1, 2005. The time between the date of this order and December 1, 2005 shall be excludable under the Speedy Trial Act ( 18 U.S.C. 3161, et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge



cc: Defense Counsel
    United States Attorney

FILED
NOV - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE