IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 05-85 (SLR) |
| | : | |
| vs. | : | |
| | : | |
| ZINN MCFARLIN | : | |

**ORDER**

AND NOW, this _____ day of _____, 2005, upon motion of Defendant Zinn McFarlin, it is hereby ORDERED that the deadline for the filing of his pretrial motions shall be extended from December 1, 2005 to January 31, 2006.

BY THE COURT:

_____
**SUE L. ROBINSON,        C.J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 05-85 (SLR) |
| | : | |
| vs. | : | |
| | : | |
| ZINN MCFARLIN | : | |

**DEFENDANT'S MOTION TO EXTEND DEADLINE
BY WHICH TO FILE PRETRIAL MOTIONS**

**TO THE HONORABLE SUE L. ROBINSON, CHIEF JUDGE OF SAID COURT:**

AND NOW comes Defendant Zinn McFarlin, by his attorney, Thomas A. Dreyer, Esquire, and respectfully requests the Court to enter an Order extending the time by which he must file pretrial motions and, in support thereof, avers the following:

1. By Indictment dated September 15, 2005, Defendant was charged with two counts of Distribution of more than 5 grams of cocaine base in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(B) and one count of Distribution of cocaine base in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(C).

2. On November 3, 2005, Defendant entered a plea of not guilty to all counts of the Indictment.

3. On November 3, 2005, Defendant was given a deadline of December 1, 2005 by which to file pretrial motions.

4. Defense counsel subsequently received discovery.

5. As of November 25, 2005, Defense counsel has yet to receive substantial discovery in this matter, including but not limited to:

    a. the search warrant, affidavit of probable cause and all other accompanying documents concerning the search of real property located at 2400 North Market Street, Wilmington on May 4, 2004;

    b. a transcript of Defendant's statement given on October 28, 2005;

    c. Defendant's <u>Miranda</u> rights waiver form from October 28, 2005; and,

    d. clear and understandable compact discs concerning Kel recordings on February 5, 2004 and March 24, 2005.

  6. Despite several requests, the Government has not yet supplied defense counsel with all discovery.

  7. Because Defendant has not yet received all discovery, defense counsel is unable to prepare a motion to suppress evidence and, possibly, other types of pretrial motions as well.

  8. Because Defendant has not yet received all discovery, defense counsel is unable to prepare adequately for trial.

  9. Because Defendant has not yet received all discovery, defense counsel is unable to provide him with effective and adequate representation.

  10. Defendant has been incarcerated at Salem County Correctional Facility since his arrest on October 28, 2005.

  WHEREFORE, Defendant respectfully requests that the Court enter an Order extending the deadline for the filing of pretrial motions from December 1, 2005 to January 31,

2006.

                                                  **td347370**
Thomas A. Dreyer, Esquire
6 Dickinson Drive
Building 100 – Suite 106
Chadds Ford, PA  19317
610-358-4454
Attorney for Zinn McFarlin

**CERTIFICATE OF SERVICE**

       I, Thomas A. Dreyer, Esquire, hereby certify that I served a true and correct copy of the within Motion to Extend Deadline By Which to File Pretrial Motions upon the person named below on the date listed below by first class mail, postage prepaid:

    David L. Hall
    Assistant United States Attorney
    Nemours Building
    1007 Orange Street – Suite 700
    P.O. Box 2046
    Wilmington, DE  19899-2046

                                           **td347370**
                                           Thomas A. Dreyer, Esquire

Dated:  November 25, 2005