IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 05-85 (SLR) |
| vs. | : | |
| ZINN MCFARLIN | : | |

## ORDER

AND NOW, this 29th day of November, 2005, upon motion of Defendant Zinn McFarlin, it is hereby ORDERED that the deadline for the filing of his pretrial motions shall be extended from December 1, 2005 to January 31, 2006.

BY THE COURT:

_____
SUE L. ROBINSON,        C.J.