

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*          *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

December 6, 2005

Honorable Sue L. Robinson
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

RE:   U.S. v. Zinn McFarlin
      Cr.A.No. 05-85

Dear Chief Judge Robinson:

     The defendant has advised the government of his desire to enter a guilty plea pursuant to the enclosed unexecuted plea agreement. I write to ask the Court to schedule a change of plea hearing. Thank you for your consideration.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

                     By:  /s/ David L. Hall
                              David L. Hall
                              Assistant United States Attorney

DLH/jb
Enc.
cc:   Thomas A. Dreyer, Esquire