IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Action No. 05-85 (SLR) |
| ZINN MCFARLIN | : |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts I and II of the Indictment pursuant to the Memorandum of Plea Agreement dated December 19, 2005.

COLM F. CONNOLLY
United States Attorney

By: /s/ David L. Hall
David L. Hall
Assistant United States Attorney

Dated: March 17, 2006

SO ORDERED this _17th_ day of _March_, 2006.

_____
HONORABLE SUE L. ROBINSON
United States District Court