IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 05-85-SLR |
| | : | |
| vs. | : | |
| | : | |
| ZINN McFARLIN, | : | |
| Defendant | : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Zinn McFarlin in the captioned case hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on the 22nd day of March, 2006.

      **td347370**
      THOMAS A. DREYER, ESQUIRE
      6 Dickinson Drive
      Building 100 – Suite 106
      Chadds Ford, PA  19317
      610-358-4454

Dated:    March 27, 2006