# THOMAS A. DREYER

ATTORNEY AT LAW

CHADDS FORD PROFESSIONAL CENTER
6 DICKINSON DRIVE
BUILDING 100 – SUITE 106
CHADDS FORD, PENNSYLVANIA 19317
610-358-4454
FAX-610-459-9206

April 4, 2006

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790



For the Attention Of:    Carmen M. Hernandez
                         Case Manager

    Re:    **United States v. Zinn McFarlin**
           **No. 06-2062**

Dear Ms. Hernandez:

    Enclosed find the following completed and signed documents in the referenced matter:

1. Appearance Form

2. Criminal Appeal Information Statement

3. Transcript Purchase Order

    Your recent letter indicated that an Order appointing me as counsel for Mr. McFarlin for the appeal and Third Circuit instructions for completing the voucher were enclosed with the letter. They were not. Kindly send me these documents at your earliest convenience.

    Thank you.

    Very truly yours,

    Thomas A. Dreyer

cc.  Honorable Sue L. Robinson
      David L. Hall

PLEASE TYPE THIS FORM

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-2062 (CMA)

USA vs. Zinn McFarlin

The Clerk will enter my appearance as Counsel of Record for (please list names of all parties represented, using additional sheet(s) if needed):

Zinn McFarlin

who IN THIS COURT is (please check only one):

_____ Petitioner(s)    XX Appellant(s)    _____ Intervenor(s)

_____ Respondent(s)    _____ Appellee(s)    _____ Amicus Curiae

(Type or Print) Name    Thomas A. Dreyer, Esquire

Mr.    Ms.    Mrs.    Miss

Firm    Thomas A. Dreyer, Esquire

Address    6 Dickinson Drive
Building 100 - Suite 106

City & State    Chadds Ford, PA  19317

Zip Code    19317

Phone (610)    358-4454

Fax (610)    459-9206

PLEASE TYPE E-Mail Address    tdreyer610@aol.com

SIGNATURE OF COUNSEL: *Thomas A. Dreyer*

---

ONLY COUNSEL OF RECORD SHALL ENTER AN APPEARANCE AND ONLY THAT ATTORNEY WILL BE THE ONE NOTIFIED OF THE COURT'S ACTION IN THIS CASE. OTHER ATTORNEYS WHO DESIRE NOTIFICATION SHOULD MAKE APPROPRIATE ARRANGEMENTS WITH COUNSEL OF RECORD.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)
*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

REV. 08/15/01

06 2062
(CMA)

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CRIMINAL APPEAL INFORMATION STATEMENT

**PART I**

Please type.                                    Attach additional pages if necessary.

SHORT CAPTION WITH IDENTITY OF APPELLANT          APPEAL FROM DISTRICT COURT

   USA                                            District: Delaware
   vs,
   Zinn McFarlin                                  D.C. Docket No.:05-85-SLR
        Appellant
                                              Date Judgment
                                              Filed in D.C.: 3/22/06

                                              Date NOA filed: 3/27/06

Is this a Cross-Appeal? Yes { }        No {XX}

Was there a previous appeal in case?    Yes { }        No {XX}

If yes, Short Title: _____

Docket No.: _____

Citation, if reported: _____

State any other related proceedings in this Court or District Court.

_____

_____

**PART II**

Please indicate basis of appeal:

    _____  Bail (appeal from order granting, denying, modifying terms &
                 conditions of bail on release on bond pending appeal).

              Judgment of Conviction/Commitment.

                    _____  Appeal will challenge only the merits of the
                              underlying conviction.

                    _____  Appeal will challenge both the merits of the
                              underlying conviction and the validity of the
                              sentence imposed in accordance with Sentencing
                              Guidelines.

PART II (cont'd.)

Judgement of Conviction/Commitment (cont'd.)

__XX__    Appeal will challenge only the validity of the sentence imposed in accordance with the Sentencing Guidelines.

NOTE: This statement will assist the Court in case management. It is not intended to preclude presentation of issues on appeal.

This is to certify that a copy of this criminal appeal information statement was served on each party or their counsel of record this 4th day of April, 2006.

_____
(Signature of Counsel for Appellant)

Thomas A. Dreyer, Esquire
             (Name)
6 Dickinson Drive
Building 100 - Suite 106

Chadds Ford, PA  19317
(Address, City, State & Zip Code)

( 610 )  358-4454
(Area Code & Telephone No.)

2 of 2

REV. 2/00

J:\FORMS\CASEMGMT\Case Opening\CRIMINAL\Notice to Counsel Concerning Procedures for Appeals from Criminal Convictions.wpd