# THOMAS A. DREYER
ATTORNEY AT LAW

CHADDS FORD PROFESSIONAL CENTER
6 DICKINSON DRIVE
BUILDING 100 – SUITE 106
CHADDS FORD, PENNSYLVANIA 19317
610-358-4454
FAX-610-459-9206

January 28, 2008

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

   Re: **United States v. Zinn McFarlin**
     **Criminal Action No. 05-85-SLR**

Dear Judge Robinson:

  Based upon the recent amendments to the Federal Sentencing Guidelines, enclosed find Mr. McFarlin's Motion for Reappointment of Counsel in the referenced case.

  Thank you.

  Respectfully yours,

  Thomas A. Dreyer

  cc. Zinn McFarlin