IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Action No. 05-85-SLR |
|        vs. : | |
| ZINN McFARLIN : | |

**DEFENDANT'S MOTION FOR REAPPOINTMENT OF COUNSEL**

Defendant Zinn McFarlin, by his attorney of record, Thomas A. Dreyer, Esquire, respectfully submits the following averments in support of his motion:

1. By Indictment dated September 15, 2005, Defendant was charged with several counts of Distributing cocaine base or 'crack' in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(C).

2. It was subsequently determined that Defendant was indigent and Mr. Dreyer was appointed to represent him pursuant to the Criminal Justice Act.

3. On December 19, 2005, Defendant pled guilty to Count III of the Indictment.

4. Defendant stipulated that his relevant conduct involved the distribution of 57.5 grams of crack.

5. Defendant was facing a sentencing guideline range of imprisonment of 108 to 135 months based upon a Total Offense Level of 29 (a Base Offense Level of 32 for 50 to 150 grams of crack minus 3 levels for acceptance of responsibility) and Criminal History Category III.

6. On March 17, 2006, the Court sentenced Defendant to imprisonment of 84 months.

7. Effective November 1, 2007, the United States Sentencing Commission ("Commission") amended the Federal Sentencing Guidelines by changing the Base Offense Levels for cases involving the distribution of various quantities of crack.

8. For example, the amendments change the Base Offense Level for 50 to 150 grams of crack from 32 to 30. See U.S.S.G. Section 2D1.1(c)(5).

9. On December 11, 2007, the Commission decided to give retroactive application to the new amendments to the crack guidelines.

10. Under these amendments, the applicable guideline range of imprisonment for Defendant is 87 to 108 months (a Base Offense Level of 30 for 50 to 150 grams of crack minus 3 levels for acceptance of responsibility) and Criminal History Category III.

11. Defendant requires the assistance of counsel in order to pursue all issues raised by the recent crack amendments in a proper, timely and effective manner.

WHEREFORE, Defendant respectfully requests that the Court grant this motion.

Thomas A. Dreyer, Esquire
6 Dickinson Drive
Building 100 – Suite 106
Chadds Ford, PA  19317
610-358-4454

## CERTIFICATE OF SERVICE

      I, Thomas A. Dreyer, Esquire, hereby certify that I serve a true and correct copy of the within Motion For Reappointment of Counsel upon the person named below on the date listed below by first class mail, postage prepaid:

      Zinn McFarlin
      Reg. No. 05014-015
      Federal Correctional Institution
      1900 Simler Avenue
      Big Springs, TX  79720

                                                                              Thomas A. Dreyer, Esquire

Dated:  January 28, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 05-85-SLR |
| vs. | : | |
| ZINN McFARLIN | : | |

### ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of the instant motion, it is hereby **ORDERED** that Defendant's Motion For Reappointment of Counsel is **GRANTED** and that Thomas A. Dreyer, Esquire is reappointed to represent him pursuant to the Criminal Justice Act.

**BY THE COURT:**

_____
SUE L. ROBINSON,    J.